# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 10, 2007**

Charles R. Fulbruge III
Clerk

No. 06-50558

LA THEASA STEVENS

Plaintiff - Appellant

v.

THE CITY OF AUSTIN; ET AL

Defendants

THE CITY OF AUSTIN

Defendant - Appellee

Appeal  from the United States District Court
for Western District of Texas, Austin

Before DAVIS, BARKSDALE and PRADO, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5th Circ. Loc. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.